## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: | ) |
| | ) |
| RUTH LOIS BRILEY | )   Case No. 18-31108-KLP |
| | )   Chapter 13 |
| Debtor | ) |

## MOTION TO SELL REAL ESTATE

COMES NOW, the Debtor, by counsel, and as and for Debtor's Motion to Sell Real Estate, states as follows:

1. The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on March 6, 2018.

2. City of Richmond is a secured creditor which holds a tax lien on the property known as 816 Circlewood Dr., Richmond, VA 23224, more specifically known as

```
                                             UUUA U2UU PAGE U165
That certain parcel of land formerly in Manchester Magisterial
District, Chesterfield County, Virginia, now in the City
of Richmond, commencing at a point on the west line of
59th Street 184.23 feet south of the monument marking the
east end of the curve at the intersection of the south
line of Hill Road and the west line of 59th Street, thence
running southwardly along the west line of 59th Street and
fronting thereon one hundred two (102) feet; thence S.75°
44' 28" W. a distance of 187.52 feet to a point marked
by an iron rod; thence N. 4° 11' W. a distance of 134.5
feet to an iron rod; thence N. 85° 49' E. one hundred eighty
(180) feet to a point of beginning, said lot being further
described as Lot No. 8 in Block C, Section C-4 of Woodstock,
a plat of which is recorded in the Clerk's Office of the
Circuit Court of Chesterfield County, Virginia, in Plat
Book 8, page 266.

BEING the same real estate which was conveyed to Jesse O.
Mawyer, Jr., and Margaret J. Mawyer, his wife, by deed from
Landon L. Taylor, et ux, dated September 22, 1961, and
recorded September 28, 1961, in the Clerk's Office of the
Circuit Court of Chesterfield County, Virginia, in Deed
Book 661, page 524.
```

(the "Property").

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA 23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

3.      Although the Property has a tax assessed value of $128,000.00, it is in severe disrepair.  The Property has been vacant for nearly 2 years and the utilities have been cut off since then.  The roof is damaged and the Property has incurred serious water damage.

4.      Debtor has entered into a contract ("Contract") for the sale of the Property for $55,000.00, which, upon closing of the same, will result in City of Richmond releasing its tax lien against the Property of approximately $8,000.00.  There is no mortgage on the Property.  A copy of said Contract is attached hereto collectively as Exhibit "A" and incorporated herein by this reference.

5.      The amount of the sale proceeds to be paid to the Chapter 13 Trustee is approximately $17,000.00, which will result in full payment of all allowed claims, including a one hundred percent (100%) dividend to unsecured creditors.

6.      On October 22, 2021, or as soon thereafter as may be practicable, Debtor intends to sell the Property in accordance with the terms of the Contract.

WHEREFORE, the Debtor requests that the Court enter an Order authorizing the sale of the Property in accordance with the terms of the Contract and for such other relief as the Court may deem appropriate

Dated:  October 18, 2021                                    RUTH LOIS BRILEY


                                                          By:  /s/ James E. Kane
                                                                  Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 18, 2021, I will electronically file the foregoing with the

Clerk of Court using the CM/ECF system, which will then send a notification of such filing

(NEF) to all parties registered to receive notice thereof, and I mailed a true and exact copy to the

parties on the list attached hereto.


/s/ James E. Kane
Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: | ) |
| | ) |
| RUTH LOIS BRILEY | )    Case No. 18-31108-KLP |
| | )    Chapter 13 |
| Debtor | ) |

## NOTICE OF MOTION AND HEARING

The above Debtor has filed a Motion to Sell Real Estate with the Court.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).

The property Debtor is requesting authorization to sell 816 Circlewood Dr., Richmond, VA 23224 for $55,000.00.  Approximately $8,000.00 from the proceeds from the sale will be paid to the City of Richmond to release its tax lien.  There is no mortgage on the Property.  The amount of the sales proceeds to be paid to the Chapter 13 Trustee is approximately $17,000.00, which will result in full payment of all allowed claims, including a one hundred percent (100%) dividend to unsecured creditors.

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then within twenty-one (21) days from the date of this Notice, you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

4

You must also mail a copy to:

> James E. Kane, Esquire
> KANE & PAPA, P.C.
> 1313 East Cary Street
> Richmond, Virginia  23219

- Attend a hearing scheduled for **October 20, 2021 at 10:00 a.m. at U.S. Bankruptcy Court, 701 East Broad Street, Room 5100, Richmond, VA 23219**. <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.</u>

- **REMOTE HEARING INFORMATION**:

Due to the COVID−19 public health emergency, no in-person hearings are being held.

This hearing will take place remotely through Zoom on the date and time scheduled herein.

To appear at the hearing, you must send, by email, a completed request form (the "Zoom Request Form"), which is available on the Court's internet website at <u>www.vaeb.courts.gov</u>, on the page titled, "Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information." Email your completed Zoom Request Form to the email address listed for the Judge assigned to the case. Following receipt of your Zoom Request Form, Court staff will respond to the email address from which the request was submitted with additional information on how to participate through Zoom.

***The email address shall be used only to submit Zoom Request Forms. No other matters or requests will be considered by Court staff, and under no circumstances will any such matters or requests be brought to the Judge's attention. Failure to comply with these instructions may result in appropriate action, including but not limited to the imposition of sanctions.

**\*\*\* PLEASE NOTE: You MUST submit the Zoom Request Form no later than two (2) business days prior to this hearing. Any documentary evidence the parties wish to present at the hearing must be filed with the Court in advance of the hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  October 18, 2021                          RUTH LOIS BRILEY


                                                 By:  /s/ James E. Kane
                                                          Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*


## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, I will electronically file the foregoing with the

Clerk of Court using the CM/ECF system, which will then send a notification of such filing

(NEF) to all parties registered to receive notice thereof, and I mailed a true and exact copy to the

parties on the list attached hereto.


                                                 /s/ James E. Kane
                                                 Counsel for Debtor

AuthentiSign ID: 5ED687FD-ADD7-4776-ACBD-FB22A89F1577

# CONTRACT TO PURCHASE REAL ESTATE

This contract dated __August 14, 2021__ in which Buyer: _____**Deshire Lopez**_____ offers to purchase from

Seller(s): __**Ruth Briley**_____ the following described real estate, together with all improvements thereon and all appurtenant

rights, located at:  Address: __**816 Circlewood Dr**____ City: __**Richmond, VA 23224**___ City of: _**Richmond**___

APN: __**C0060629020**__ _____

Legal Description: __**WOODSTOCK L8 BC SC4 0102.00X0187.52 IRG0000.000**_____

In consideration of the sum of $____500.00____ as earnest money due upon completion of inspection period, seller agrees:

1) The purchase price is to be **$ 55,000.00**_____  payable in cash at closing

2) The conditions of this Purchase are as follows:

    a) Purchase is subject to inspection. Seller will make Buyer aware of any known facts that affect the value of the

      Property.

    b) Seller and tenant (if any) will make property accessible to show partners, lenders, inspectors, appraisers and contractors

      prior to closing.

    c) If Buyer is unable to complete the purchase for any reason, the earnest money deposit shall be forfeited to the seller

      as total liquidated damages and buyer is released from any further obligation under this contract.

    d) If Seller cannot provide clear title, Buyer will be released from any further obligation under this contract and deposit

      will revert to the Buyer; otherwise Seller promises to sell under this contract.

    e) Buyer shall select closing agent. Closing to be held in county where property is located or county of Buyer's

      choice.

    f) Purchase contract is assignable.

    g) This agreement is subject to the final inspection and approval of the property by the buyer 5 days after the date

      this contract is received by buyer.

3) All property taxes to be current, any previous year's taxes to be paid by seller.

4) Closing date shall be on or before 14 days from the date signed below by Seller. Seller grants any extension needed to

    clear title or to complete closing documentation. Title to the above described real estate to be conveyed by Warranty

    Deed or other customary instrument of transfer. Title is to be free, clear, and unencumbered, free of any county, city and

    federal liens. All liens against the property shall be paid at closing by the seller.

5) This offer, when accepted, comprises the entire agreement of Purchaser and Seller, and it is agreed that no other

    representations have been made.

6) This Contract is contingent upon the buyer's inspection and approval of the property prior to transfer of

title.

Date: ____08/20/2021____

Date: ____08/14/2021____

Seller: _*Ruth Briley*_____

Buyer: _____*Deshire Lopez*_____

8/20/2021 4:35:51 PM EDT

8/14/2021 4:41:50 PM EDT

Please Print: ___Ruth Briley_____

Please Print: _____Deshire Lopez_____

Ballato Law Firm
3721 Westerre Parkway
Suite A
Henrico, VA 23233


City of Richmond
Office of Finance- delinq. tax
900 E. Broad St., Room 109
Richmond, VA 23219


City of Richmond
Real Estate
P.O. Box 85005
Richmond, VA 23285


Midland Funding
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193


Portfolio Recovery
Po Box 41067
Norfolk, VA 23541


Receivable Management Inc
7206 Hull Rd
Ste 211
Richmond, VA 23235


Regional Acceptance Co
10051 Midlothian Tpke
North Chesterfield, VA 23235


TACS
P O Box 31800
Henrico, VA 23294


Visa Dept Store National Bank/Macy's
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040